Charles K. ELDER; Beverly S. Elder, husband and wife, Plaintiffs–Appellants,

v.

R.D. HOLLOWAY; Other Unknown Employees and/or Agents, individually and in their official capacity as police officers for the Ada County Sheriff's Office, et al., Defendants–Appellees.

No. 91–35146.

United States Court of Appeals, Ninth Circuit.

April 11, 1994.

Before: WALLACE, Chief Judge, HUG, and RYMER, Circuit Judges.

The mandate of the Supreme Court having issued in *Elder v. Holloway,* —— U.S. ——, 114 S.Ct. 1019, 127 L.Ed.2d 344 (1994), we vacate the judgment of the district court, 751 F.Supp. 858 (D.Idaho 1990), and remand for reconsideration of the qualified immunity issue in light of *United States v. Al–Azzawy,* 784 F.2d 890 (9th Cir.1985), *cert. denied,* 476 U.S. 1144, 106 S.Ct. 2255, 90 L.Ed.2d 700 (1986), and all other relevant authority. Like the Supreme Court, we express no view as to whether *Al–Azzawy*'s holding with respect to exigent circumstances, *id.* at 894, entitles defendants to qualified immunity. *See Elder,* —— U.S. at ——, 114 S.Ct. at 1023.

**VACATED AND REMANDED.**